UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADAM ANTHONY SOLLA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-1892-X-BT |
| | § | |
| MILESTONE CONSULTING LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   (Doc. 16).   Plaintiff Adam Solla filed an objection. (Doc. 17).   Solla's objections are rooted in his continued assertion that the $405 filing fee would cause him undue hardship.   He asserts that his household income is not disqualifying of his motion to proceed in forma pauperis because his monthly expenses, including education expenses for his daughter, are not discretionary.   But this Court agrees with the Magistrate Judge's conclusion that "Plaintiff's monthly income places his household well above the poverty guideline and is sufficient to cover the costs of the filing fee."[1]

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the

---

[1] Doc. 16 at 2.

1

remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   The Court **DENIES** both motions to proceed in forma pauperis and **DENIES AS MOOT** the motion for prompt or other appropriate relief.   (Docs. 3, 11, 19).   Further, the Court will **DISMISS WITHOUT PREJUDICE** this case unless Solla pays the $405.00 filing fee within fifteen (15) days of this Order.

 **IT IS SO ORDERED** this 28th day of July, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE